IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NELSON HENRY JAMES,<br><br>      Plaintiff<br><br>VS.<br><br>RALPH BATTLE, *et al.*,<br><br>      Defendants | **NO. 5:09-CV-323 (CAR)**<br><br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## RECOMMENDATION

Before the court are plaintiff Nelson Henry James' motions seeking a writ of mandamus, a temporary restraining order, and a preliminary injunction. Tabs #45, #46 and #55. Upon a review of these requests and the record in this case, and in light of the fact that the undersigned has, earlier this date, recommended dismissal of this action in its entirety, **IT IS RECOMMENDED** that the instant motions be **DENIED** as moot.

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 11th day of AUGUST, 2010.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE