# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| NELSON HENRY JAMES, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-323 (MTT) |
| RALPH BATTLE, *et. al*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation to Dismiss (Doc. 58) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed Defendants' Motions to Dismiss (Docs. 21 & 30) (the "Motions"), recommends dismissing the claims against Defendants Ralph Battle, Tim Jones, Renee Murray, Barbara Dalrymple, and Reginald Wilson be dismissed because the Plaintiff failed to establish that the medical treatment he received in prison constituted deliberate indifference of a serious medical need. The Magistrate Judge also recommends dismissing the claims against Nurse Smith and Carol Scott, the remaining Defendants, because the Plaintiff failed to comply with an order to amend his recast complaint to include the specific acts or omissions of Smith and Scott that violated Plaintiff's constitutional rights. The Plaintiff has filed an objection to the Recommendation (Doc. 61). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portions of the Recommendation to which Plaintiff objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Motions are **GRANTED**. Pursuant to the Recommendation, the claims against the remaining Defendants are **DISMISSED**.

**SO ORDERED**, this the 30th day of August, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

ajj