IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| NELSON JAMES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 5:09-CV-323 (MTT) |
| RALPH BATTLE, *et. al*, | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Recommendation to Deny (Doc. 59) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed Plaintiff's Motions for Writ of Mandamus & Temporary Restraining Order (Docs. 45 & 46) (the "Motions"), recommends denying the Motions because the Magistrate Judge previously recommended that the action be dismissed (Doc. 58). The Plaintiff has filed an objection to the Recommendation (Doc. 62). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a de novo determination of the portions of the Recommendation to which Plaintiff objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Motions are **DENIED**.

**SO ORDERED**, this the 30th day of August, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

ajj